*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

# JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| SANTO ALBERTO BUMBILA IZA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 25-3392-CV-S-MDH |
| | ) | |
| SHERIFF JIM C. ARNOTT, et. al., | ) | |
| | ) | |

_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

the Petition for Writ of Habeas Corpus is GRANTED as follows.

1. Respondents are ORDERED to immediately release Petitioner from custody, subject to the conditions of his prior release.

2. Petitioner must be immediately released from detention and returned to a reasonable proximity of the geographical location of his immigration proceedings.

3. Petitioner shall promptly report to the Court any failure to comply with this Order by Respondent.

4. Petitioner may submit an application for fees under the EAJA within thirty days of the entry of final judgment.

5. It is FURTHER ORDERED that Respondents are enjoined from relocating Petitioner outside the jurisdiction of this Court prior to compliance with this Order.

**IT IS SO ORDERED**.

January 8, 2026
Date
Entered on: January 8, 2026

Paige Wymore-Wynn
Clerk of Court
s/Linda Howard
(By) Deputy Clerk