*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**JUDGMENT IN A CIVIL CASE**

SANTO ALBERTO BUMBILA IZA, )
)
)
vs. ) Case No. 25-3392-CV-S-MDH
)
)
JIM C. ARNOTT, *et. al.*, )

_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Petitioner's Motion for EAJA Fees is hereby **DENIED.**

**IT IS SO ORDERED**.

September 2, 2026
Date

Paige Wymore-Wynn
Clerk of Court

Entered on: September 2, 2026

s/Linda Howard
(By) Deputy Clerk